**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-1951**

In Re:  BARBARA MICHELLE BUSH,

Petitioner.

On Petition for Writ of Mandamus.  (CA-01-2216-CCB)

Submitted:  September 27, 2002      Decided:  October 10, 2002

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Barbara Michelle Bush, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Barbara M. Bush has filed a petition for a writ of mandamus seeking to have this court compel the district court to make special accommodations for her in pursuing a civil action due to her medical problems. Mandamus is a drastic remedy and should only be used in extraordinary situations. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Mandamus relief is only available when there are no other means by which the relief sought could be granted, Beard, 811 F.2d at 826, and may not be used as a substitute for appeal. In re Catawba Indian Tribe, 973 F.2d 1133, 1135 (4th Cir. 1992). The party seeking mandamus relief carries the heavy burden of showing that she has no other adequate means to attain the relief she desires and that her entitlement to such relief is clear and indisputable. Allied Chem. Corp. v. Daiflon, Inc., 449 U.S. 33, 35 (1980). Bush has not made such a showing. Therefore, although we grant leave to proceed in forma pauperis, we deny Bush's petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2